AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:23-MJ-06377 | 12/15/23 / 9:14 a.m. | USPS |

Inventory made in the presence of :
M. Contreras / #3402

Inventory of the property taken and name of any person(s) seized:

EI 204 632 272 US
Nothing seized

EJ 703 075 510 US
Nothing seized

EI 364 079 960 US
Nothing seized

EJ 948 134 496 US
Nothing seized

EI 518 164 241 US
Nothing seized

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   12/19/23

*Z. Sumpter*
*Executing officer's signature*

USPIS TFO Z. Sumpter
*Printed name and title*